15975

BAKER v. MUTUAL LOAN & INVESTMENT CO.
GARY v. GIBBES
(43 S. E. (2d) 470)

*Mr. Hunter A. Gibbes,* of Columbia, for Appellant, cites:

*Mr. Thomas H. Pope,* of Newberry, for Respondent, cites:

554

July 28, 1947.

PER CURIAM.

This appeal is from an order of Honorable G. Duncan Bellinger, passed February 21, 1947, in consequence of a rule issued against Hunter A. Gibbes, respondent-appellant, requiring him to show cause why he should not deliver to Frank B. Gary, receiver of the Mutual Loan and Investment Company, a corporation, certain assets of that company which came into Gibbes' hands as liquidating agent for the company prior to the institution of the proceedings which resulted in the receivership. The order (which will be reported) required Gibbes to turn over to Gary, receiver, all the assets of the company, including Five Hundred ($500-.00) Dollars which Gibbes, as liquidating agent, claims as fee, and to account for the moneys expended by him in the payment of debts of the corporation. Both Gibbes and the receiver have appealed.

556

After careful consideration, this Court is not disposed to disturb the findings of the trial Court. All exceptions are, therefore, overruled, and the order referred to affirmed.

BAKER, C.J., and FISHBURNE, STUKES, TAYLOR, and OXNER, J.J., concur.